# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**IVORY PURIFOY**                                                                                      **PETITIONER**

v.                           **CASE NO: 5:14CV00242 BSM**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                          **RESPONDENT**

## ORDER

The proposed findings and recommendations submitted by Magistrate Judge H. David Young and the petitioner's objections thereto have been reviewed. After careful consideration of the objections and a *de novo* review of the record, it is concluded that the findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects.

The petition for writ of habeas corpus [Doc. No.2] pursuant to 28 U.S.C. § 2254 filed by Ivory Purifoy is dismissed with prejudice. In § 2254 cases, a certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no issue on which Purifoy has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 6th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE