**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**IVORY PURIFOY**                                                      **PETITIONER**

**VS.**                         **CASE NO. 5:14CV00242 BSM**

**RAY HOBBS, Director of the
Arkansas Department of Correction**                   **RESPONDENT**

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus

[Doc. No. 2] filed by Ivory Purifoy is dismissed with prejudice.

IT IS SO ORDERED this 6th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE